# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 02-1173

_____

Stephen M. Partin,       *
      *
         Appellant,       *
      *
    v.       *
      *
Robinson, Ms., I.P.O. Parole       *    Appeal from the United States
Officer, Maximum Security Unit,       *    District Court for the Eastern
ADC; G. Harmon, Warden,       *    District of Arkansas.
Maximum Security Unit, ADC;       *
L. May, Deputy Director, Arkansas       *       [UNPUBLISHED]
Department of Correction; Larry       *
Norris, Director, Arkansas       *
Department of Correction; Mike       *
Huckabee, Governor of Arkansas,       *
      *
         Appellees.       *

_____

Submitted: May 3, 2002

Filed: May 3, 2002

_____

Before WOLLMAN, FAGG, and MORRIS SHEPPARD ARNOLD, Circuit Judges.

_____

PER CURIAM.

Stephen M. Partin appeals the district court's pre-service dismissal of Partin's 42 U.S.C. § 1983 action for failure to state a claim on which relief may be granted.

Having carefully reviewed the record, we conclude dismissal was proper.  We thus affirm the judgment of the district court, and we deny the pending motion.  <u>See</u> 8th Cir. R. 47B.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.